TRACY L. WILKISON
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH T. MCNALLY (Cal. Bar No. 250289)
SCOTT D. TENLEY (Cal Bar No. 298911)
ASHWIN JANAKIRAM (Cal. Bar No. 277513)
Assistant United States Attorneys
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone: (714) 338-2829
     Facsimile: (714) 338-3561
     E-mail:    scott.tenley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 16-014-JLS |
| Plaintiff, | STIPULATON AND REQUEST FOR ENTRY OF PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| LINDA MARTIN, | [No hearing requested] |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Joseph T. McNally, Scott D. Tenley, and Ashwin Janakiram, and defendant Linda Martin, both individually and by and through his counsel of record, Anne Hwang, hereby stipulate and request that the Court enter the proposed personal money judgment of forfeiture, lodged

1 concurrently herewith, in the amount of $200,000 against defendant
2 Linda Martin ("defendant").
3     The parties' stipulation and request is made on the following
4 grounds:
5     1. On January 18, 2016, defendant entered into a plea
6 agreement in the case captioned <u>United States v. Linda Martin</u>, No. SA
7 CR 16-014-JLS, pursuant to which she agreed to plead guilty to
8 conspiracy, in violation of 18 U.S.C. § 371. (CR 6 at ¶ 2(a).)
9     2. The entry of a judgment of forfeiture is specifically
10 authorized by Rule 32.2 of the Federal Rules of Criminal Procedure
11 and is part of the defendant's sentence. Rule 32.2(c)(1) provides
12 that "no ancillary proceeding is required to the extent that the
13 forfeiture consists of a money judgment."
14     3. In entering into this stipulation and request, defendant
15 expressly waives the requirements of Federal Rules of Criminal
16 Procedure 32.2. and 43(a) regarding notice of forfeiture in the
17 charging instrument, pronouncement of forfeiture at sentencing, and
18 incorporation of forfeiture in the personal money judgment of
19 forfeiture. Defendant further agrees to immediate entry of the
20 Judgment, and that the personal money judgment of forfeiture shall
21 become final as to her upon entry.
22     4. In entering into this stipulation and request, defendant
23 knowingly, voluntarily, and intelligently waives any right she may
24 have had to challenge entry of the personal money judgment of
25 forfeiture based upon the Excessive Fines Clause of the Eighth
26 Amendment to the United States Constitution.
27     5. Accordingly, defendant stipulates and agrees to the entry
28 of personal money judgment of forfeiture against defendant in the

amount of $200,000, which sum defendant admits constitutes proceeds received from the commission of violations of 18 U.S.C. § 371, and which judgment defendant agrees can be enforced against any assets owned by defendant.

6.  The USAO shall notify the Court upon defendant's satisfaction of this personal money judgment of forfeiture.[1]

7.  The parties respectfully request that the Court enter the parties proposed personal money judgment of forfeiture in the form attached hereto.

Dated: July 2, 2018                Respectfully submitted,

                                                      TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

                                                        /s/
SCOTT D. TENLEY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July __, 2018

                                                      LINDA MARTIN
Defendant

Dated: July __, 2018

                                                      ANNE HWANG
Attorney for Defendant LINDA MARTIN

---

[1] The parties agree that certain payments to entities other than the USAO, such as any fine or court-ordered restitution, shall be credited against this personal money judgment of forfeiture.

amount of $200,000, which sum defendant admits constitutes proceeds received from the commission of violations of 18 U.S.C. § 371, and which judgment defendant agrees can be enforced against any assets owned by defendant.

    6. The USAO shall notify the Court upon defendant's satisfaction of this personal money judgment of forfeiture.[1]

    7. The parties respectfully request that the Court enter the parties proposed personal money judgment of forfeiture in the form attached hereto.

Dated: July 2, 2018    Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

    /s/
SCOTT D. TENLEY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July 12, 2018

*Linda Martin*
LINDA MARTIN
Defendant

---

[1] The parties agree that certain payments to entities other than the USAO, such as any fine or court-ordered restitution, shall be credited against this personal money judgment of forfeiture.

3

amount of $200,000, which sum defendant admits constitutes proceeds received from the commission of violations of 18 U.S.C. § 371, and which judgment defendant agrees can be enforced against any assets owned by defendant.

    6.    The USAO shall notify the Court upon defendant's satisfaction of this personal money judgment of forfeiture.[1]

    7.    The parties respectfully request that the Court enter the parties proposed personal money judgment of forfeiture in the form attached hereto.

Dated: July 2, 2018

Respectfully submitted,

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred by
28 U.S.C. § 515

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

    /s/
SCOTT D. TENLEY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July __, 2018

LINDA MARTIN
Defendant

Dated: July 12, 2018

ANNE HWANG
Attorney for Defendant LINDA MARTIN

---

[1] The parties agree that certain payments to entities other than the USAO, such as any fine or court-ordered restitution, shall be credited against this personal money judgment of forfeiture.

3