UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 16-014-JLS |
|---|---|
| Plaintiff, | PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| LINDA MARTIN, | |
| Defendant. | |

    Pursuant to the Stipulation and request of the parties filed in this matter on July 12, 2018, the Court hereby finds and orders as follows:

    1.  On January 18, 2016, defendant Linda Martin entered into a plea agreement in the case captioned United States v. Linda Martin, No. SA CR 16-014-JLS, pursuant to which she agreed to plead guilty to conspiracy, in violation of 18 U.S.C. § 371.  (CR 6 at ¶ 2(a).) Defendant Martin further agreed to forfeit the proceeds she obtained as a result of the offense to which she entered the guilty plea. (Id. at ¶ 3(a).)

2. Defendant Martin has stipulated to the entry of this Personal Money Judgment of Forfeiture (the "Money Judgment") in the amount of $200,000.

3. The entry of this Money Judgment is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure and is part of the defendant's sentence. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. Pursuant to the stipulation, defendant Martin expressly waived the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the personal money judgment of forfeiture. Defendant Martin further agreed to immediate entry of the Judgment, and that the personal money judgment of forfeiture shall become final as to defendant Canedo upon entry.

5. This Money Judgment is part of the sentence imposed on defendant Martin in this case.

6. A money judgment in the amount of $200,000 is HEREBY ENTERED in favor of the United States of America and against defendant Linda Martin.

//
//
//
//
//
//
//

7. This Court shall retain jurisdiction for the purpose of enforcing this Money Judgment.

IT IS SO ORDERED.

July 13, 2018
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SCOTT D. TENLEY
Assistant United States Attorney